IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| United States | No. 21CR158 |
|---|---|
| v. | |
| Marco Porras | Hon. Thomas M. Durkin |

**NOTICE OF FILING — MOTION TO DISMISS**

Tom Peabody
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604

On 18 Match 2022, I electronically filed a motion to dismiss.

CERTIFICATE OF SERVICE

I filed the motion noted above in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

*Keith J. Scherer*

Keith J. Scherer